435 A.2d 274

Karwowski, Appellant, v. Karwowski.

Argued March 20, 1980. O. Randolph Bragg, for appellant; Peter F. Karwowski, did not file a brief on behalf of appellee, in propria persona.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Order affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly refused to grant a decree in divorce in this case.

WATKINS, J., dissented.

435 A.2d 275

Klein v. Subaru of America Inc., et al.

Appeal of Subaru of America, Inc.

Argued March 18, 1980. Ronald H. Isenberg, for appellant; William T. Cannon, for appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Judgment affirmed on the opinion of the court *en banc* below.

LIPEZ, J. filed a concurring and dissenting memorandum statement.